**FILED**
**CLERK**

11/30/2017 2:58 p

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER PATRICK,

        Plaintiff,

-against-

ANGELES CONCRETE CORPORATION,
OAH CONCRETE CORPORATION, and
OMAR ANGELES HERNANDEZ
(Sued in his Individual Capacity),

        Defendants.
-----------------------------------------------------------X

16-CV-5913 (ADS)(AKT)

STIPULATION OF
DISCONTINUANCE WITH
WITH PREJUDICE

The Clerk's Office is directed
to close this case.
**SO ORDERED** Nunc Pro Tunc

*/s/ A. Kathleen Tomlinson*
A. Kathleen Tomlinson
**United States Magistrate Judge**
Date: Nov. 30   2017
**Central Islip, N.Y.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice without costs to any party or against any other. This

Stipulation may be filed without further notice with the Clerk of the Court.

    This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated: April 20, 2017

David S. Feather, Esq.
FEATHER LAW FIRM, P.C.
Attorneys for Defendants
666 Old Country Road
Suite 605

Albert Adam Breud II, Esq.
FIRESTONE & BREUD, P.L.L.C.
Attorneys for Plaintiff
356 Veterans Memorial Highway
Suite 3

Garden City, New York 11530

Commack, New York 11725

9